UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EFRAIN MOJICA, | ) | NO. CV 13-1077-ODW (AS) |
|         Plaintiff, | ) ) | |
|     v. | ) | **ORDER ACCEPTING FINDINGS,** |
| JOSE ARMIN GARZA, et. al., | ) ) | **CONCLUSIONS AND RECOMMENDATIONS OF** |
|         Defendants. | ) ) | **UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the Third Amended Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge. After having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which Objections were directed, the Court finds that Plaintiff's Objections to the Report and Recommendation are without merit and do not cause the Court to reconsider its decision to accept the Magistrate Judge's conclusions and recommendations. Accordingly, the Court

accepts the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: March 31, 2015.

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE