**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EFRAIN MOJICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JOSE ARMIN GARZA,<br>et. al.<br><br>　　　　　Defendants. | NO. CV 13-1077-ODW (AS)<br><br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 31, 2015.

_____
　　　　OTIS D. WRIGHT
　　UNITED STATES DISTRICT JUDGE